1 | Scott J. Sagaria (SBN 217981)
  | SJSagaria@sagarialaw.com
2 | Elliot W. Gale (SBN 263326)
  | EGale@sagarialaw.com
3 | Joe Angelo (SBN 268542)
  | JAngelo@sagarialaw.com
4 | SAGARIA LAW, P.C.
  | 3017 Douglas Blvd., Ste 100
5 | Roseville, CA 95661
  | Telephone:  (408) 279-2288
6 | Facsimile:  (408) 297-2299

7 | Attorneys for Plaintiff Nick Rushing

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| NICK RUSHING, | Case No.: 5:17-cv-04080-BLF |
|---|---|
| Plaintiff, | NOTICE OF SETTLEMENT WITH DEFENDANT COMENITY, LLC |
| v. | |
| COMENITY, LLC, | |
| Defendant. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff Nick Rushing and defendant Comenity, LLC, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within thirty (30) days and will request dismissal of Comenity, LLC from this action upon finalization.

                                                       **Sagaria Law, P.C.**

Dated:   September 27, 2017       By:     /s/ *Elliot Gale*
                                                           Elliot Gale
                                                           Attorneys for Plaintiff

//

|  |  |
|---|---|
|  | **McGlinchey Stafford** |
| Dated:   September 27, 2017 | By:   /s/ *Scott J. Kelly* |
|  | Scott J. Kelly |
|  | Attorneys for Defendant |
|  | Comenity, LLC |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Scott J. Kelly has concurred in this filing.

*/s/ Elliot Gale*