1  Scott J. Sagaria (SBN 217981)
   SJSagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
   EGale@sagarialaw.com
3  Joe Angelo (SBN 268542)
   JAngelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste 100
5  Roseville, CA 95661
   Telephone:  (408) 279-2288
6  Facsimile:  (408) 297-2299

7  Attorneys for Plaintiff Nick Rushing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| NICK RUSHING,<br><br>          Plaintiff,<br><br>   v.<br><br>COMENITY, LLC,<br><br>          Defendant. | Case No.: 5:17-cv-04080-BLF<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT COMENITY, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Judge:        Hon. Beth Labson Freeman |
|---|---|

   **PLEASE TAKE NOTICE** that Plaintiff Nick Rushing, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses defendant Comenity, LLC, with prejudice, as to all claims in this action.

   Federal Rule of Civil Procedure 41(a)(1) provides, in relevant in part:

   41(a) Voluntary Dismissal

   (1) By the Plaintiff

   a) Without a Court Order.  Subject to Rules 23(3), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

   (1)   A notice off dismissal before the opposing party either serves an answer or a motion for summary judgment.

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT CONTINENTAL FINANCE COMPANY, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) -1-

Defendant Comenity, LLC has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

DATED: November 10, 2017	**Sagaria Law, P.C.**

By:	*/s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff Nick Rushing